■ In the Matter of the COUNTY OF SUFFOLK, Respondent, Relative to Acquiring Title to Real Property for Highway Purposes at Commack Road, and Other Roads in the Towns of Huntington and Smithtown. ALICE B. WEIDEMANN, Appellant.— In a condemnation proceeding, claimant Alice B. Weidemann appeals from an order of the Supreme Court, Suffolk County, dated October 26, 1970, which denied a motion by her and another claimant to examine and discover public records maintained by the County of Suffolk. Order modified by adding to the decretal paragraph thereof, immediately after the word "denied", the following: "except that discovery and inspection is granted to claimant Alice B. Weidemann of (1) the public traffic count for the five years preceding the 1968 taking and (2) the plans of development relating to the development of Commack Road — such discovery and inspection to take place at the locations of these documents." As so modified, order affirmed, without costs. In our opinion, appellant is entitled to discovery and inspection of the above-mentioned public traffic counts and plans of development because these documents are public records. Hopkins, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.

■ In the Matter of RAYMOND O. (ANONYMOUS), Appellant.— Appeal from an order of the Family Court, Queens County, dated April 1, 1971, which adjudged appellant to be a person in need of supervision and placed him on probation for one year. Order affirmed, without costs. No opinion. Latham, Acting P. J., Gulotta and Benjamin, JJ., concur; Shapiro and Brennan, JJ., dissent and vote to reverse the order and to dismiss the proceeding, on the authority of *Matter of David W.* (28 N Y 2d 589, affg. 34 A D 2d 1100).

■ In the Matter of STEVEN'S LIQUOR STORE, INC., Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.— Proceeding dismissed on the merits and respondent's determination, dated May 6, 1971, confirmed, with costs. On the record presented, it is our opinion that there is substantial proof to sustain the determination. Munder, Acting P. J., Martuscello, Gulotta, Brennan and Benjamin, JJ., concur.